FILED
CLERK, U.S. DISTRICT COURT
October 18, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___Karla Tunis___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRANCISCO GAMINO CORONA ET AL.,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **BOARD OF IMMIGRATION APPEALS ET AL.,** <br><br> **Defendants** | **Case No.: SA CV 18-1871-DOC (DFMx)** <br><br> **ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

On October 17, 2018, Plaintiffs Francisco Gamino Corona and Margarita Sanchez Perez (collectively, "Plaintifffs") filed an Ex Parte Application for Temporary Restraining Order (Dkt. 6) to prevent the imminent removal of Plaintiffs to Mexico. On October 18, 2018, the Court issued a Temporary Restraining Order (Dkt. 9), enjoining Defendants from removing Plaintiffs from the United States.

In the light of the foregoing, the Court ORDERS Defendants to appear before this Court on **October 29, 2018, at 1:30 p.m.** to SHOW CAUSE why the Court should not issue a preliminary injunction enjoining Defendants from removing Plaintiffs from the United States during the pendency of this action.

Plaintiff may file a supplemental brief in support of a preliminary injunction **by October 22, 2018, at 9:00 a.m.** Defendants shall file their opposition **by October 24, 2018, at 12:00 p.m.** Plaintiffs may file a reply **by October 26, 2018, at 9:00 a.m.**

DATED: October 18, 2018

For
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE